UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN M. ROUSE,

    Plaintiff,

v.                                      CASE NO.: 8:08-cv-2281-T-23TBM

MICHAEL J. ASTRUE, Commissioner
of the United States Social Security
Administration,

    Defendant.
_____/

## ORDER

On January 19, 2010, Magistrate Judge Thomas B. McCoun, III, issued a report (Doc. 16) (1) finding that the decision of the Commissioner is neither supported by substantial evidence nor in accord with the correct legal standard and (2) recommending reversal of the Commissioner's decision and remand of this action for further proceedings. Having received no objection to the report and recommendation, the report and recommendation (Doc. 16) is **ADOPTED**. Pursuant to 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The Clerk is directed to (1) enter judgment in favor of the plaintiff and against the defendant, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on February 4, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE